IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CR-41-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ELLIOTT DRAUGHON, | ) | |
| | ) | |
| Defendant. | ) | |

On May 26, 2022, Elliott Draughon ("Draughon" or "defendant) filed a pro se motion appointment of counsel [D.E. 46]. Counsel is appointed and filed notices of appearance [D.E. 51, 52]. The motion for appointment of counsel [D.E. 46] is dismissed as moot.

On June 6, and June 8, 2022, defendant filed pro se motions for discovery. See [D.E. 57, 58, 59]. On June 14, 2022, defendant filed a pro se motion for a copy of docket sheet, a bench trial, a suppression hearing, and a pretrial motion hearing. See [D.E. 60]. Draughon, however, is represented by counsel [D.E. 51, 52] and the pro se motions [D.E. 57, 58, 59, 60] are dismissed.

In sum, defendant is represented by counsel. Defendant's pro se motions [D.E. 46, 57, 58, 59, 60] are DISMISSED.

SO ORDERED. This 12 day of July, 2022.

JAMES C. DEVER III
United States District Judge