IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CR-41-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ELLIOTT DRAUGHON, ) | |
| ) | |
| Defendant. ) | |

Defendant is represented by counsel. See [D.E. 51, 52]. Thus, the court DISMISSES defendant's pro se motion to produce Rule 404(b) evidence and for compassionate release [D.E. 64] and motion for early PSR [D.E. 65].

SO ORDERED. This _26_ day of September, 2022.

JAMES C. DEVER III
United States District Judge